UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUSTAV SKURDAL, | CASE NO. C12-706-RSM-MAT |
| Plaintiff, | ORDER EXTENDING TIME TO FILE ANSWER AND RENOTING MOTION TO DISMISS |
| v. | |
| FEDERAL DETENTION CENTER, *et al.*, | |
| Defendants. | |

The defendants who have appeared and plaintiff have agreed to the federal government defendants' motion for an extension of time for defendants Vo, Watson, and Matthews *in their individual capacities* to file a response to the complaint because the United States Department of Justice has not yet authorized their representation.[1] (Dkt. 27.) The appearing parties have also agreed to renote the federal government defendants' pending motion to dismiss. (Dkt. 26.) The Court therefore **GRANTS** the federal government's motion to extend the time for defendants' Vo, Watson, and Matthews *in their individual capacities* to respond to plaintiff's complaint.

---

[1] The federal government defendants state that the other individually named defendants have yet to be served. (Dkt. 27, at 2 n.1.)

ORDER EXTENDING TIME TO FILE ANSWER
AND RENOTING MOTION TO DISMISS - 1

1 | Defendants Vo, Watson, and Matthews may file their individual-capacity response by **January
2 | 23, 2013**.  The federal government defendants' motion to dismiss (Dkt. 22) is **RENOTED** for
3 | **January 4, 2013**.
4 |     Dated this 3rd day of November, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER EXTENDING TIME TO FILE ANSWER
AND RENOTING MOTION TO DISMISS - 2